1  JEREMY W. FAITH (State Bar No. 190647)
   16030 Encino Bl., Suite 470
2  Encino, California 91436
   Telephone: (818) 705-2777
3  Facsimile: (888) 463-8799
   Email: Jeremy@MarguliesFaithLaw.com
4
   CHAPTER 7 TRUSTEE
5

6

7

8
                    UNITED STATES BANKRUPTCY COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
                         NORTHERN DIVISION
10

11
   In re                              | Case No.: 9:13-bk-10313-PC
12
   LOREN MILLER                       | Chapter: 7
13 SARAH MILLER
                         Debtors.
14                                    | NOTICE OF TRUSTEE'S APPLICATION
                                        TO EMPLOY HAHN FIFE & COMPANY,
15                                      LLP AS ACCOUNTANTS

16
                                      | Date:        {No Hearing Required}
17                                      Time:
                                        Place:
18

19

20 TO ALL PARTIES IN INTEREST:

21       NOTICE IS HEREBY GIVEN that Jeremy W. Faith (hereinafter the "Trustee" or

22 "Applicant") intends to submit an application to employ Hahn Fife & Company, LLP (the

23 "Firm") as his accountants in the above-captioned bankruptcy proceeding effective October 3,

24 2016 as the date when services commenced.

25       The scope of Hahn Fife's employment will include preparing and filing the necessary state

26 and federal estate tax returns, as well as to prepare the bankruptcy estate accounting necessary to

27 the preparation of said tax returns and any other reasonable duties assigned by the Trustee.

28

                                            1

1     The terms of employment of the Firm agreed to by the Trustee, subject to approval of the
2 Court, are that the Firm will undertake representation of the Trustee at a rate between $80.00 and
3 $405.00 per hour, depending on the experience and expertise of the accountant or staff
4 performing the work.
5     The Firm will apply to the Court for approval of compensation in accordance with the
6 provisions of 11 U.S.C. Section 330 and agrees to accept as compensation such sums as the
7 Court may allow.
8     Except at provided herein, to the best of Trustee's knowledge, and based upon the
9 statement of disinterestedness filed concurrently herewith,
10         a. Neither the Firm nor any of the professionals employed by the Firm has any
11 connection with the Debtors, the Trustee, insiders, creditors or any other party or parties in
12 interest, their respective attorneys and accountants, or any person employed in the Office of the
13 United States Trustee;
14         b. The Firm is not a creditor, an equity security holder or an insider of the
15 Debtors;
16         c. The Firm is not and was not an investment banker for any outstanding security
17 of the Debtors;
18         d. The Firm has not been within three (3) years before the date of the filing of the
19 petition herein, an investment banker for a security of the Debtors, or an attorney for such an
20 investment banker in connection with the offer, sale or issuance of any security of the Debtors;
21         e. The Firm is not and was not, within two (2) years before the date of the filing
22 of the petition herein, a director, officer or employee of the Debtors or of any investment banker
23 for any security of the Debtors;
24         f. The Firm does not represent an individual or entity which holds an interest
25 adverse to the estate; and
26         g. None of the Firm's partners or employees is related to the bankruptcy judge in
27 this case.
28     The Firm is disinterested within the meaning of 11 U.S.C. Section 101(14).

1 | The Firm has no fee sharing arrangement, understanding or compensation sharing arrangement with any other entity, and no part of the accountant's fees or expenses awarded to the Firm will be paid to any other entity.

The Firm will not receive a retainer in this case. The employment of the Firm is in the best interests of the Trustee and the estate.

Requests for a copy of the Application should be in writing and directed to Donald T. Fife, Hahn Fife & Company, LLP at 790 E. Colorado Blvd., 9th Floor, Pasadena, CA 91101.

PLEASE TAKE FURTHER NOTICE pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), that any response and request for hearing on the Application must be in the form as required by LBR 9013-1(f)(1), filed with the Clerk of the Court of the above-entitled Court no later than fourteen (14) days from the date of service of this Notice, plus three (3) days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). The Trustee will set a hearing date and send out notice if any such response is timely received. No hearing will be held if no response and request for hearing is received.

DATED: October 13, 2016

By: _____
Jeremy W. Faith
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
790 E. COLORADO BLVD., 9TH FLOOR, PASADENA, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10-20-16, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Howard Camhi**    hcamhi@ecjlaw.com, kanthony@ecjlaw.com
- **Mark D Estle**    mark.estle@buckleymadole.com
- **Jeremy W. Faith (TR)**    Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com;Helen@MarguliesFaithLaw
- **Robert E Hurlbett**    bob@hurlbettlaw.com, reed@olmstead.law
- **Noreen A Madoyan**    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com
- **Reed H Olmstead**    reed@olmstead.law, olmstead.ecf@gmail.com
- **Faye C Rasch**    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
- **Vaughn C Taus**    tauslawyer@gmail.com
- **Meghann A Triplett**    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Gilbert B Weisman**    notices@becket-lee.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10-20-16, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / Loren Miller / 1302 Marina Bay Drive #309A / Clear Lake Shores, TX 77565
Debtor / Sarah Miller / 702 Whitecap Drive / Seabrook, TX 77586

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
SERVICE ON JUDGE NOT REQUIRED PER LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10-20-16 | Martha Quintero | *(signed)* Martha Quintero |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                             4                                      F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing          OneWest Bank, FSB                        United States Trustee (ND)
0973-9                                   P O Box 829009                           915 Wilshire Blvd, Suite 1850
Case 9:13-bk-10313-PC                    Dallas, TX 75382-9009                    Los Angeles, CA 90017-3560
Central District of California
Santa Barbara
Sat Oct  1 11:03:11 PDT 2016

Northern Division                        Allen B Cooper                           Andrew D. Geller
1415 State Street,                       Ervin Cohen & Jessup LLP                 3297 Woodbine Street
Santa Barbara, CA 93101-2511             9401 Wilshire Blvd                       Los Angeles, CA 90064-4836
                                         9th Floor
                                         Beverly Hills, CA 90212-2974

Cam Farenbach, Ketan Khirod              Eric R Olson, ESQ.                       Gulf National 6 LLC
Lionel, Sawyer and Collins               Kenneth E Hogan, ESQ.                    A Louisiana Limited Liability Co
300 South Fourth St, Ste 1700            3960 Howard Hughes Parkway               300 South Fourth St, Ste 1700
Las Vegas, NV 89101-6000                 9th Floor                                Las Vegas, NV 89101-6000
                                         Las Vegas, NV 89169-5978

Hills Center Office 1 LLC                IndyMac Mortgage                         Loren and Sarah Miller
Molinos Prop LLC; Gellers' Trusts        6900 Beatrice Dr                         239 Esparto Ave
1510 Higuera                             Kalamazoo, MI 49009-9559                 Pismo Beach, CA 93449-1916
San Luis Obispo, CA 93401-2918

SLO County Sheriff                       San Luis Ambulance                       (p)RESURGENT CAPITAL SERVICES
Civil Enforcement Division               POB 945                                  PO BOX 2568
1050 Monterey Street                     San Luis Obispo, CA 93406-0945           GREENVILLE SC 29602-2568
Room 236
San Luis Obispo, CA 93408-6000

Vaughn Taus                              Jeremy W. Faith (TR)                     Loren Miller
1042 Pacific St Ste D                    16030 Ventura Blvd., Suite 470           1302 Marina Bay Drive #309A
San Luis Obispo, CA 93401-3660           Encino, CA 91436-4493                    Clear Lake Shores, TX 77565-2498

Meghann A Triplett                       Reed H Olmstead                          Sarah Miller
Margulies Faith LLP                      Hurlbett & Olmstead                      702 Whitecap Dr
16030 Ventura Blvd Ste 470               3324 State St Ste O                      Seabrook, TX 77586-5918
Encino, CA 91436-4493                    Santa Barbara, CA 93105-2693

Vaughn C Taus
1042 Pacific St Ste D
San Luis Obispo, CA 93401-3660
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Sierra Vista Regional Med Ctr
1010 Murray St
San Luis Obispo, CA  93401
```