DONALD T. FIFE
Hahn Fife & Company, LLP
790 E. Colorado Blvd., 9th Floor
Pasadena, California 91101
(626) 792-0855 Phone
(626) 792-0879 Fax
*dfife@hahnfife.com*

Chapter 7 Trustee

FILED & ENTERED

NOV 08 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY HANDY    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re | Case No.  9:13-bk-10313 PC |
| LOREN & SARAH MILLER | Chapter  7 |
| Debtors. | ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY., LLP AS ACCOUNTANT |

The Court having read and considered the Chapter 7 Trustee's Application to Employ Hahn Fife & Co., LLP as Accountant filed October 20, 2016 as Docket #233 (the "Application"), noting the lack of opposition, and with good cause shown,

/ /

/ /

/ /

1

7000-002

IT IS ORDERED

**1.)** The Application is approved.

**2.)** Employment is pursuant to 11 U.S.C. Section 327 and compensation and reimbursement of costs are subject further application, determination and approval by this Court, per 11 U.S.C. Section 330.

# # #

Date: November 8, 2016



Peter H. Carroll
United States Bankruptcy Judge

2

7000-002