United States Bankruptcy Court
Central District of California

In re:  
Loren Miller  
Sarah Miller  
    Debtors

Case No. 13-10313-PC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-9          User: bhandyC              Page 1 of 2                    Date Rcvd: Nov 08, 2016
                              Form ID: pdf042            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2016.
db          #+Loren Miller,    1302 Marina Bay Drive #309A,    Clear Lake Shores, TX 77565-2498
jdb         #+Sarah Miller,    702 Whitecap Dr,    Seabrook, TX 77586-5918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2016 at the address(es) listed below:
        Craig G Margulies    on behalf of Plaintiff Jeremy W. Faith, Chapter 7 Trustee
         Craig@MarguliesFaithlaw.com,  Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
        Craig G Margulies    on behalf of Trustee Jeremy W. Faith (TR) Craig@MarguliesFaithlaw.com,
         Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
        Faye C Rasch    on behalf of Plaintiff Andrew and Eileen  Geller frasch@wgllp.com,
         kadele@wgllp.com;tziemann@wgllp.com
        Gilbert B Weisman, ll    on behalf of Interested Party    Courtesy NEF notices@becket-lee.com
        Howard  Camhi    on behalf of Plaintiff Andrew and Eileen  Geller hcamhi@ecjlaw.com,
         kanthony@ecjlaw.com
        Howard  Camhi    on behalf of Plaintiff Andrew D. Geller hcamhi@ecjlaw.com,  kanthony@ecjlaw.com
        Howard  Camhi    on behalf of Interested Party Andrew and Eileen  Geller hcamhi@ecjlaw.com,
         kanthony@ecjlaw.com
        Jeremy W. Faith (TR)    Trustee@MarguliesFaithlaw.com,
         C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com;Brian@MarguliesFaithlaw.com
        Mark D Estle    on behalf of Creditor    OneWest Bank, FSB mark.estle@buckleymadole.com
        Meghann A Triplett    on behalf of Interested Party    Courtesy NEF Meghann@MarguliesFaithlaw.com,
         Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@Mar
         guliesFaithlaw.com
        Meghann A Triplett    on behalf of Debtor Loren  Miller Meghann@MarguliesFaithlaw.com,
         Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@Mar
         guliesFaithlaw.com
        Meghann A Triplett    on behalf of Plaintiff Jeremy W. Faith, Chapter 7 Trustee
         Meghann@MarguliesFaithlaw.com,
         Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@Mar
         guliesFaithlaw.com
        Meghann A Triplett    on behalf of Joint Debtor Sarah  Miller Meghann@MarguliesFaithlaw.com,
         Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@Mar
         guliesFaithlaw.com
        Meghann A Triplett    on behalf of Trustee Jeremy W. Faith (TR) Meghann@MarguliesFaithlaw.com,
         Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@Mar
         guliesFaithlaw.com
        Noreen A Madoyan    on behalf of Plaintiff Jeremy W. Faith, Chapter 7 Trustee
         Noreen@MarguliesFaithLaw.com,
         Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
        Noreen A Madoyan    on behalf of Trustee Jeremy W. Faith (TR) Noreen@MarguliesFaithLaw.com,
         Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com

```
District/off: 0973-9          User: bhandyC              Page 2 of 2                    Date Rcvd: Nov 08, 2016
                              Form ID: pdf042            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Reed H Olmstead    on behalf of Joint Debtor Sarah  Miller reed@olmstead.law, olmstead.ecf@gmail.com
          Reed H Olmstead    on behalf of Interested Party    Courtesy NEF reed@olmstead.law, olmstead.ecf@gmail.com
          Reed H Olmstead    on behalf of Defendant Sarah  Miller reed@olmstead.law, olmstead.ecf@gmail.com
          Robert E Hurlbett    on behalf of Defendant Sarah  Miller bob@hurlbettlaw.com, reed@olmstead.law
          United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
          Vaughn C Taus    on behalf of Debtor Loren  Miller tauslawyer@gmail.com
          Vaughn C Taus    on behalf of Joint Debtor Sarah  Miller tauslawyer@gmail.com
                                                      TOTAL: 23

DONALD T. FIFE
Hahn Fife & Company, LLP
790 E. Colorado Blvd., 9th Floor
Pasadena, California 91101
(626) 792-0855 Phone
(626) 792-0879 Fax
*dfife@hahnfife.com*

Chapter 7 Trustee

**FILED & ENTERED**

NOV 08 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY HANDY    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:13-bk-10313 PC |
| LOREN & SARAH MILLER | Chapter 7 |
| Debtors. | ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY., LLP AS ACCOUNTANT |

The Court having read and considered the Chapter 7 Trustee's Application to Employ Hahn Fife & Co., LLP as Accountant filed October 20, 2016 as Docket #233 (the "Application"), noting the lack of opposition, and with good cause shown,

/ /

/ /

/ /

1

7000-002

1  IT IS ORDERED

2  **1.)**  The Application is approved.

3  **2.)**  Employment is pursuant to 11 U.S.C. Section 327 and compensation and

4  reimbursement of costs are subject further application, determination and

5  approval by this Court, per 11 U.S.C. Section 330.

6  # # #

Date: November 8, 2016

Peter H. Carroll
United States Bankruptcy Judge

2

7000-002