CRAIG G. MARGULIES (SBN 185925)
MEGHANN A. TRIPLETT (SBN 268005)
NOREEN A. MADOYAN (SBN 279227)
**MARGULIES FAITH LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777
Email: Meghann@MarguliesFaithLaw.com
Email: Noreen@MarguliesFaithLaw.com

Attorneys for Jeremy W. Faith, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>LOREN MILLER and SARAH MILLER<br><br>Debtors. | Case No.:  9:13-bk-10313-RR<br><br>Chapter:  7<br><br>**NOTICE OF INCREASED HOURLY RATES FOR MARGULIES FAITH LLP** |

**TO ALL PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that effective January 1, 2017, the hourly rates for certain attorneys of Margulies Faith LLP will increase as provided below.  All other hourly rates shall remain unchanged.

| **ATTORNEYS** | **PRESENT RATE** | **INCREASED RATE** |
|---|---|---|
| Craig G. Margulies | $510.00 | $560.00 |
| Meghann A. Triplett | $390.00 | $410.00 |
| Noreen A. Madoyan | $360.00 | $390.00 |

DATED:  January 20, 2017                         **MARGULIES FAITH, LLP**

By: /s/ *Noreen A. Madoyan*
Craig G. Margulies
Noreen A. Madoyan
Attorneys for Jeremy W. Faith,
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **NOTICE OF INCREASED HOURLY RATES FOR MARGULIES FAITH LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 20, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **January 20, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY: Honorable Peter H. Carroll, U.S. Bankruptcy Court, 1415 State Street, Suite 230, Santa Barbara, CA 93101
DEBTOR: Loren Miller, 11356 Merado Peak Drive, Las Vegas, NV 89135
JOINT DEBTOR: Sarah Miller, 11356 Merado Peak Drive, Las Vegas, NV 89135

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NONE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 20, 2017 | Victoria Castrellon | /s/ Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION (if needed):

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Howard Camhi**    hcamhi@ecjlaw.com, kanthony@ecjlaw.com
**Mark D Estle**    mdestle@estlelaw.com
**Jeremy W. Faith (TR)**    Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com;Brian@MarguliesFaithlaw.com
**Robert E Hurlbett**    bob@hurlbettlaw.com, reed@olmstead.law
**Noreen A Madoyan**    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
**Craig G Margulies**    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
**Reed H Olmstead**    reed@olmstead.law, olmstead.ecf@gmail.com
**Faye C Rasch**    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
**Vaughn C Taus**    tauslawyer@gmail.com
**Meghann A Triplett**    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
**Meghann A Triplett**    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
**United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
**Gilbert B Weisman**    notices@becket-lee.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION

2. TO BE SERVED VIA U.S. MAIL

| | | |
|---|---|---|
| Allen B Cooper<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd<br>9th Floor<br>Beverly Hills, CA 90212-2974 | Hahn Fife & Company<br>790 E Colorado Blvd, 9th Fl<br>Pasadena, CA 91101-2193 | OneWest Bank, FSB<br>PO Box 829009<br>Dallas, TX 75382-9009 |
| Andrew D. Geller<br>3297 Woodbine Street<br>Los Angeles, CA 90064-4836 | Cam Farenbach, Ketan Hhirod<br>Lionel, Sawyer and Collins<br>300 South Fourth St, Ste 1700<br>Las Vegas, NV 89101-6000 | Eric R Olson, ESQ.<br>Kenneth E Hogan, ESQ.<br>3960 Howard Hughes Parkway<br>9th Floor<br>Las Vegas, NV 89169-5978 |
| Gulf National 6 LLC<br>A Louisiana Limited Liability Co<br>300 South Fourth St, Ste 1700<br>Las Vegas, NV 89101-6000 | Hills Center Office 1 LLC<br>Molinos Prop LLC; Gellers' Trusts<br>1510 Higuera<br>San Luis Obispo, CA 93401-2918 | IndyMac Mortgage<br>6900 Beatrice Dr<br>Kalamazoo, MI 49009-9559 |
| SLO County Sheriff<br>Civil Enforcement Division<br>1050 Monterey Street<br>Room 236<br>San Luis Obispo, CA 93408-6000 | San Luis Ambulance<br>POB 945<br>San Luis Obispo, CA 93406-0945 | (p) RESURGENT CAPITAL SERVICES<br>PO BOX 2568<br>GREENVILLE SC 29602-2568 |